UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICARDO D. CANTRELL, | )<br>) |
| Plaintiff | )<br>) |
| v. | ) No. 3:11-1142<br>) Judge Campbell/Brown<br>) **Jury Demand** |
| PAMELA HALE, et al., | )<br>) |
| Defendants | ) |

## O R D E R

It appears that answers have been filed in this matter. There is a pending motion for default (Docket Entry 20) which is for the Clerk. However, the Magistrate Judge notes that he did give the Defendants until February 29, 2012, to respond and they have done so. Therefore, it appears unlikely that the Clerk will enter a motion for default. A motion for default judgment can only be entertained once an actual default been entered.

This matter has been referred to the undersigned for case management and a report and recommendation on any dispositive matters (Docket Entry 4). This matter is set for a Rule 16 case management conference on **March 29, 2012, at 10:00 a.m. in Courtroom 783, 801 Broadway, Nashville, Tennessee**.

The Defendant is directed to prepare a draft case management schedule and send a copy to the Plaintiff **seven days** before the hearing. The Plaintiff should bring with him to the case management conference any proposed changes to the order.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge