UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RICARDO D. CANTRELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-01142 |
| ) | |
| PAMELA HALE, Administrator, in her ) | Judge Todd J. Campbell |
| official and individual capacity, KEVIN ) | |
| COX, Director of Operations, in his official and ) | Magistrate Judge Brown |
| individual capacity, DAVIDSON COUNTY ) | |
| SHERIFF'S OFFICE, in its official and individual ) | JURY DEMANDED |
| capacity, CITY OF NASHVILLE, in its official ) | |
| and individual capacity, DAVIDSON COUNTY, ) | **ORDER** |
| in its official and individual capacity, ) | **Motion Granted** |
| METROPOLITAN GOVERNMENT OF ) | /S/ Joe B. Brown |
| NASHVILLE AND DAVIDSON COUNTY, in its ) | JOE B. BROWN |
| official and individual capacity, LT. WILLIAM ) | Magistrate Judge |
| GISE, in his official and individual capacity, C.O. ) | |
| MARK LANG, in his official and individual ) | |
| capacity, C.O. JONATHAN SANDOVAL, in his ) | |
| official and individual capacity, RAYMOND ) | |
| FLAHERTY, in his official and individual ) | |
| capacity, C.O. HUGH WATSON, in his official ) | |
| and individual capacity, C.O. DANA WILLIAMS, ) | |
| in his official and individual capacity, C.O. ) | |
| RICHARD PICKENS, in his official and ) | |
| individual) capacity, SHERIFF DARON HALL, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION

The Defendant Metropolitan Government of Nashville and Davidson County, Tennessee moves, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, for leave to schedule Plaintiff's deposition. The deposition will be taken at the Davidson County Criminal Justice Center, 448 Second Avenue North, Nashville, Tennessee 37201 assuming Plaintiff is still housed at that facility at the time of the deposition. Undersigned counsel will work with Plaintiff's facility administrators to set the deposition on October 2, 2012 at 9:00 a.m., or in the