UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RICARDO D. CANTRELL,<br><br>    Plaintiff,<br><br>v.<br><br>PAMELA HALE, Administrator, in her official and individual capacity, KEVIN COX, Director of Operations, in his official and individual capacity, DAVIDSON COUNTY SHERIFF'S OFFICE, in its official and individual capacity, CITY OF NASHVILLE, in its official and individual capacity, DAVIDSON COUNTY, in its official and individual capacity, METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, in its official and individual capacity, LT. WILLIAM GISE, in his official and individual capacity, C.O. MARK LANG, in his official and individual capacity, C.O. JONATHAN SANDOVAL, in his official and individual capacity, RAYMOND FLAHERTY, in his official and individual capacity, C.O. HUGH WATSON, in his official and individual capacity, C.O. DANA WILLIAMS, in his official and individual capacity, C.O. RICHARD PICKENS, in his official and individual) capacity, SHERIFF DARON HALL,<br><br>    Defendants. | Case No. 3:11-01142<br><br>Judge Todd J. Campbell<br><br>Magistrate Judge Brown<br><br>JURY DEMANDED<br><br>**ORDER**<br>**Motion Granted**<br>/S/ Joe B. Brown<br>**JOE B. BROWN**<br>**Magistrate Judge** |

## MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION

The Defendant Metropolitan Government of Nashville and Davidson County, Tennessee moves, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, for leave to schedule Plaintiff's deposition. The deposition will be taken at the Davidson County Criminal Justice Center, 448 Second Avenue North, Nashville, Tennessee 37201 assuming Plaintiff is still housed at that facility at the time of the deposition. Undersigned counsel will work with Plaintiff's facility administrators to set the deposition on October 2, 2012 at 9:00 a.m., or in the