IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICARDO D. CANTRELL )
)
v. ) NO. 3-11-1142
) JUDGE CAMPBELL
PAMELA HALE, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 189), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motions for Summary Judgment filed by the Defendants (Docket Nos. 177, 178, 181, 186) are GRANTED, and this action is DISMISSED. The Clerk is directed to close the file. The pretrial conference set for July 21, 2014, and the jury trial set for July 29, 2014, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

Any appeal from this Order is not certified as taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE